IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00CV452-MU

| | | |
|---|---|---|
| MICHAEL H. MCGEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JANET RENO, et al., | ) | |
| | ) | |

    This matter is before the court upon the written request of Mr. Michael McGee to rescind the court's Order in this case issued on February 1, 2001, permanently enjoining Mr. McGee from filing any document or other pleading with the Western District of North Carolina. Mr. McGee is the Plaintiff in a lawsuit originally filed in the United States District Court for the Eastern District of New York, but transferred to this court by an Order for Change of Venue. Mr. McGee seeks to file pleadings in that case, <u>McGee v. John Tracy, et al.</u>, Civil Action No. 3:05CV41.

    IT IS THEREFORE ORDERED that the court hereby lifts the injunction imposed in its Order of February 1, 2001 for the limited purpose of allowing Mr. McGee to file pleadings in case No. 3:05CV41. However, Mr. McGee is hereby directed to provide the undersigned with copies of all filings he makes in the referenced action.

**Signed: July 25, 2005**

Graham C. Mullen
Chief United States District Judge